JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ILA C DEISS (NYSBN 3052909)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7124
Fax: (415) 436-7169
E-mail: ila.deiss@usdoj.gov

TONY WEST
Assistant Attorney General, Civil Division
JOSHUA E. BRAUNSTEIN
Assistant Director, District Court Section
Office of Immigration Litigation
JONATHAN WASDEN
Trial Attorney
Office of Immigration Litigation
District Court Section
Civil Division, Justice Department
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-4293
Fax: (202) 305-7000
E-mail: jonathan.wasden@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV 09-3094 MHP |
| Plaintiff ) | |
| ) | **STIPULATION OF DISMISSAL** |
| v. ) | **AND [~~PROPOSED~~] ORDER** |
| ) | |
| JOHN PENG, a.k.a.; JOHN POUN, a.k.a.; ) | |
| JIN YUAN POUN, a.k.a.; JIN YUNN POUN, ) | |
| Defendant. ) | |

Subject to the Court's approval, Plaintiffs the United States of America and Defendant John Peng, hereby stipulate that:

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CV 09-3094 MHP

1

2    1.   The Complaint to Revoke Naturalization under Section 340(a) of the Immigration and
3 Nationality Act was filed with this Court on July 8, 2009.
4    2.   Defendant Peng returned a Waiver of the Service of Summons to this office dated July 9,
5 2009.
6    3.   Defendant Peng filed an answer to the complaint with this Court on August 31, 2009.
7    4.   On August 7, 2009, the parties resolved to settle this matter through a settlement
8 agreement, the terms of which have been complied with.
9    5.   The United States hereby agrees to dismiss the Complaint with prejudice.
10 ///
11 ///
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CV 09-3094 MHP                              -2-

| | | |
|---|---|---|
| 1 | DATED: September 9, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO |
| | | UNITED STATES ATTORNEY |
| 3 | | |
| 4 | | By:  _____/s/_____ |
| | | ILA C. DEISS |
| 5 | | Assistant United States Attorney |
| | | Attorneys for the United States of America |
| 6 | | |
| 7 | DATED: September 9, 2009 | TONY WEST |
| | | ASSISTANT ATTORNEY GENERAL |
| 8 | | JOSHUA E. BRAUNSTEIN |
| | | ASSISTANT DIRECTOR |
| 9 | | OFFICE OF IMMIGRATION LITIGATION |
| 10 | | |
| | | By:  _____/s/_____ |
| 11 | | JONATHAN D. WASDEN |
| | | Office of Immigration Litigation |
| 12 | | Attorneys for the United States of America |
| 13 | | |
| 14 | DATED: September 9, 2009 | _____/s/_____ |
| | | JOHN L. SUN |
| 15 | | Attorney for Defendant |

**[PROPOSED] ORDER**

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  __9/10/2009__          _____
                               HONORABLE MARILYN H. PATEL
                               United States District Judge

*IT IS SO ORDERED. /s/ Judge Marilyn H. Patel*

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CV 09-3094 MHP                    -3-